FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA

2016 MAY 23  PM 4: 27

OFFICE OF THE CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARK THOMPSON,<br><br>Defendant. | 8:15CR293<br><br>INFORMATION<br>21 U.S.C. § 846<br>18 U.S.C. § 2 |

The United States Attorney charges:

## COUNT I

On or about September 9, 2015, in the District of Nebraska and elsewhere, the defendant, MARK THOMPSON, knowingly and intentionally combined, conspired, confederated and agreed with other persons known and unknown to the Grand Jury, to commit the following offense against the United States: to distribute and possess with intent to distribute a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

In violation of Title 21, United States Code, Section 846 and Title 18, United States Code, Section 2.

UNITED STATES OF AMERICA

DEBORAH R. GILG
United States Attorney

By:   KIMBERLY C. BUNJER
       Assistant U.S. Attorney

The United States of America requests that trial of this case be held in Omaha, Nebraska, pursuant to the rules of this Court.

KIMBERLY C. BUNJER
Assistant U.S. Attorney